994 So.2d 424 (2008)
Edward SANTANA, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D07-3202.
District Court of Appeal of Florida, Third District.
October 22, 2008.
Edward Santana, in proper person.
Bill McCollum, Attorney General, and Heidi Milan Caballero, Assistant Attorney General, for appellee.
Before GERSTEN, C.J., RAMIREZ, J., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).